UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 13-7380-CBM(PLAx) | Date | DEC. 19, 2013 |
|---|---|---|---|

| Title | ACTIVISION PUBLISHING INC. v. WORLDS INC., ET AL |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk (213) 894-5288 | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER SETTING SCHEDULING CONFERENCE

On the Court's own motion, this case is set for a Scheduling Conference on **February 11, 2014 at 11:00 A. M.** pursuant to FRCP 16(b).  Counsel are reminded of their obligations to disclose information  and confer on a discovery plan not later than 21 days prior to the Scheduling Conference.  Counsel shall file a Rule 26(f) discovery plan within **14** days after the conference of counsel. The Rule 26(f) discovery plan shall contain the following information:

1.  A brief description of the nature of the case and type of action filed and the date filed in the District Court;
2.  The number of depositions to be taken by each side and the date the date the depositions are set;
3. The written discovery sought and date responses to interrogatories  requests for production and requests for admissions are due;
4.  The number of experts expected to be called by each side and the expert's area of expertise;
5.  Proposed Pre Trial Conference date;
6.  Date Demand for Jury Trial was filed;
7.  Prospects of Settlement;
8.  Positions of counsel re: consent to proceed before a Magistrate-Judge;
9.  A list of contemplated motions, including what type of motion, a tentative hearing date, and whether discovery must be conducted prior to the filing of the motions.

**A FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|