UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7380-CBM(PLAx) | Date | FEBRUARY 11, 2014 |
|---|---|---|---|
| Title | ACTIVISION PUBLISHING, INC., v. WORLDS, INC., ET AL | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
| Roderick G. Dorman | Kalpana Srinivasan |

**Proceedings:**  SCHEDULING CONFERENCE

The case is called and counsel state their appearance. The Court and counsel confer re the status of the case. Scheduling conference is held.

Following discussions with the parties, the Court will set the following dates:

ADR-1 Form shall be filed on or before February 18, 2014.

Last day to amend pleadings is March 31, 2014.

Claim Construction Hearing is set for June 2, 2014 at 10:00 a.m.

Non Expert discovery shall be completed on or before August 30, 2014.

Expert discovery shall be completed on or before October 30, 2014.

Settlement conference shall be held on or before November 15, 2014.

Motions shall be set for oral argument on or before January 20, 2015 at 10:00 a.m.

Pre Trial Conference is set on February 24, 2015 at 2:30 p.m.

Jury Trial is set on March 24, 2015 at 10:00 a.m.

00  :  24

Initials of Preparer     YS