1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   ACTIVISION PUBLISHING,            CASE NO. 13-CV-07380 CBM (PLAx)
     INC.,
12                                     **ORDER GRANTING STIPULATED**
                                       **MOTION FOR DISMISSAL WITH**
13                      Plaintiff,     **PREJUDICE [JS-6]**

14        v.

     WORLDS INC. and WORLDS
15   ONLINE INC.,

16                      Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

                                                      [Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        The Court has read and considered the parties' Stipulated Motion for Dismissal With Prejudice. The Court hereby GRANTS the stipulated dismissal with prejudice.  All claims asserted by Plaintiff and all counterclaims asserted by Defendants are dismissed with prejudice with each party to bear its own costs, expenses and attorneys' fees.  All hearing dates are hereby off calendar and vacated.

SO ORDERED


June 3, 2014                          _____
                                     Hon. Consuelo B. Marshall
                                     United States District Judge

[PROPOSED] Order